FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 0 9 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 17-1229 JB |
| | ) | |
| vs. | ) | Counts 1-13: 7 U.S.C. § 2156(b) and 18 |
| | ) | U.S.C. § 49: Possessing Animals For Use |
| ROBERT ARELLANO, | ) | In An Animal Fighting Venture. |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

Counts 1 Through 13

Beginning on a date or dates before June 1, 2016, but no earlier than May 9, 2012, and

ending no later than June 1, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **ROBERT ARELLANO**, knowingly possessed a dog for purposes of having the dog

participate in an animal fighting venture, namely, any event, in and affecting interstate

commerce, that involves a fight conducted or to be conducted between at least 2 animals for

purposes of sport, wagering, or entertainment, for which each dog identified below constitutes a

separate violation:

| Count | Dog Inventory Number |
|:-----:|:--------------------:|
| 1 | B-1 |
| 2 | D-1 |
| 3 | D-2 |
| 4 | D-3 |

| Count | Dog Inventory Number |
|-------|---------------------|
| 5 | E-1 |
| 6 | E-2 |
| 7 | E-3 |
| 8 | E-4 |
| 9 | E-5 |
| 10 | E-6 |
| 11 | E-7 |
| 12 | E-8 |
| 13 | E-10 |

In violation of 7 U.S.C. §§ 2156(b) and 2156(g)(1), and 18 U.S.C. § 49.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
KAB 05/08/17 2:53PM

2